THIS OPINION HAS NO
 PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY
 PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 David Lee
 Coward, Appellant.
 
 
 

Appeal From Oconee County
  Alexander S. Macaulay, Circuit Court
Judge

Unpublished Opinion No. 2011-UP-583
 Submitted December 1, 2011  Filed
December 21, 2011    

AFFIRMED

 
 
 
 Appellate Defender Elizabeth A. Franklin-Best, of Columbia, for
 Appellant.
 Attorney General Alan Wilson, Chief Deputy Attorney General John
 W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, and Assistant
 Attorney General David Spencer, all of Columbia; and Solicitor Christina T. Adams,
 of Anderson, for Respondent.
 
 
 

PER CURIAM:  David
 Lee Coward appeals his convictions for first-degree burglary and petit larceny,
 arguing the circuit court erred in admitting his confession because the officer
 who obtained the confession coerced Coward by threatening Coward's mother.  We affirm[1] pursuant to Rule 220(b)(1), SCACR, and
 the following authority:  State v. Dye, 384 S.C. 42, 46, 681 S.E.2d 23,
 26 (Ct. App. 2009) ("In criminal
 cases, this [c]ourt will review errors of law only."); id. ("This
 [c]ourt is bound by the circuit court's factual findings unless they are
 clearly erroneous."); id. ("This [c]ourt does not reevaluate
 the facts based on its own view of the preponderance of the evidence but simply
 determines whether the circuit court's ruling is supported by any
 evidence."); id. at 47, 681 S.E.2d at 26 ("On appeal, the
 circuit court's decision as to the voluntariness of the statement will not be
 reversed unless so erroneous as to demonstrate an abuse of discretion.").  
AFFIRMED.
SHORT, WILLIAMS, and
 GEATHERS, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.